IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| MATTHEW SCOTT TOWNSEND | ) | Case No. 23-15210 |
| XXX-XX-3327 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| MATTHEW SCOTT TOWNSEND | ) | |
| Movant, | ) | |
| v. | ) | |
| HEIDI VON BERNUTH | ) | |
| Respondent. | ) | |

## ORDER RE: MOTION TO AVOID FIXING OF JUDICIAL LIEN OF HEIDI VON BERNUTH TO 11 U.S.C. SECTION 522(f)(1)(A)

THE COURT, having read the Movant's Motion to Avoid the Fixing of Judicial Lien Pursuant to 11 U.S.C. Section 522(f)(1)(A), and the Objections thereto, if any, and being fully apprised of the facts and circumstances surrounding this case hereby FINDS and ORDERS as follows:

1. That the Respondent, Heidi Von Bernuth, has a judicial lien on the Movant's interest in the real property known as 1013 Grand Avenue, Canon City, CO 81212.

2. That the Respondent was duly served a copy of said Motion to Avoid Fixing of Judicial Lien and Notice of Hearing.

3. The subject judicial lien impairs the Movant's homestead exemption as provided in 11 U.S.C. Section 522 (f)(2)(A).

IT IS THEREFORE ORDERED that the judicial lien of the Respondent, Heidi Von Bernuth, is hereby avoided, and that said lien is therefore VOID.

DATED this 6th day of June, 2024

BY THE COURT:

_Kimberley H. Tyson_ (signature)

Kimberley H. Tyson, Bankruptcy Judge